AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

**OFFENSE CHARGED**

36 C.F.R. § 1004.23(a)(1) - Driving Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) - Driving With a Blood Alcohol Content Above 0.08% (Class B Misdemeanor).

☒ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

PENALTY: 6 months in jail
$5,000 fine
$10 special assessment

E-filing

**DEFENDANT - U.S**

▶ PATRICK MICHAEL AHERN

DISTRICT COURT NUMBER: CR 08 0538 MAG

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ 07/20/2008
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any): United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: **JOSEPH P. RUSSONIELLO**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **WENDY M. THOMAS**

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:            Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
08 AUG 13 PM [illegible]
RICHARD W. [illegible]
CLERK, U.S. [illegible]
NORTHERN DIST. [illegible]

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK MICHAEL AHERN,

    Defendant.

CR 08 0538

VIOLATIONS: 36 C.F.R. §1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. §1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content Over 0.08% (Class B Misdemeanor)

SAN FRANCISCO VENUE

### INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol

On or about July 20, 2008, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust and land under the exclusive jurisdiction of the United States, the defendant,

PATRICK MICHAEL AHERN,

was operating and in actual physical control of a motor vehicle while under the influence of alcohol, to a degree that rendered him incapable of safe operation, in violation of Title 36,

//

INFORMATION

1 | Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

2

3 | COUNT TWO: 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content Above 0.08 Percent

4 | On or about July 20, 2008, in the Northern District of California, within the

5 | boundaries of an area administered by the Presidio Trust and land under the exclusive

6 | jurisdiction of the United States, the defendant,

7 | PATRICK MICHAEL AHERN,

8 | was operating and in actual physical control of a motor vehicle while having at least 0.08

9 | percent, by weight, of alcohol in his breath, in violation of Title 36, Code of Federal

10 | Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

11

12 | DATED: 8/13/08                    JOSEPH P. RUSSONIELLO
                                      United States Attorney
13

14

15 |                                   KYLE F. WALDINGER
                                      Deputy Chief, Major Crimes Section
16

17

18 | (Approved as to form: _____ )
                           WENDY THOMAS
19 |                       Special Assistant United States Attorney

INFORMATION