BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant AHERN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-0538 EDL |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING HEARING;** |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | |
| PATRICK MICHAEL AHERN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently set for January 20, 2009, be continued to January 28, 2009, at 9:30 a.m. The reason for the continuance is that Mr. Ahern has informed defense counsel of a family illness that he would like to attend to and therefore requests the date to be continued.

     All parties and the probation officer are available on the requested date.

//

//

//

STIPULATION TO CONTINUE
HEARING; *U.S. v. Patrick Ahern*
CR 08-0538 EDL                                              1

1    IT IS SO STIPULATED.

3    Dated:   January 12, 2009             ____/s/_____
                                           RONALD C. TYLER
4                                          Assistant Federal Public Defender

5    Dated:   January 13, 2009             ____/s/_____
                                           WENDY M. THOMAS
6                                          Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for January 20, 2009 shall be continued to January 28, 2009, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: January 13, 2009         _____
                                HONORABLE ELIZABETH D. LAPORTE
                                UNITED STATES MAGISTRATE JUDGE

*(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Elizabeth D. Laporte, Judge Elizabeth D. Laporte)*